UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL BERNARD, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:16-cv-00042-JAW ) |
| TOWN OF LEBANON, MAINE, | ) ) |
| Defendant. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed July 22, 2016 (ECF No. 9), the Recommended Decision is accepted.

The Court GRANTS the Plaintiff's Motion for Leave to Amend Complaint (ECF No. 6), permitting him ten days from the issuance of this Order to file an amended complaint, following which the Defendant's Motion to Dismiss (ECF No. 4) is DENIED, but failing which to timely file an amended complaint, the Motion to Dismiss is GRANTED with prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2016